## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OFTENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **JARVIS JERNIGAN** ) ) ) **v.** ) ) ) **COOK OUT-UNION AVE, INC.** ) ) ) | **CASE NO. 2:19-cv-02793** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a), by and between the undersigned attorneys of record, that the above-captioned proceeding be, and hereby is, dismissed in its entirety, with prejudice, against the Defendant without fees or costs to any party against any other.

Dated this the 22rd day of May, 2020.

Respectfully Submitted,

By:/s/ Andrew D. Bizer
**BIZER & DEREUS, LLC**
Attorneys for Plaintiff
Andrew D. Bizer (LA # 30396)
andrew@bizerlaw.com
Garret S. DeReus (LA # 35105)
gdereus@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

**DONATI LAW**
Attorneys for Plaintiff
Bryce Ashby (TN Bar No.: 026179)
1415 Union Avenue
Memphis, TN 38104
901-209-5500
Bryce@donatilaw.com

***AND***

**WOOLF, McCLANE, BRIGHT,
ALLEN & CARPENTER, PLLC**
*/s/ J. Keith Coates, Jr.*
J. Keith Coates, Jr. (BPR # 025839)
Post Office Box 900
Knoxville, TN 37901
(865) 215-1000
kcoates@wmbac.com
*Attorneys for Defendant Cook Out-Union Ave, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of May 2020, a true and correct copy of the foregoing has been furnished by ECF filing to all counsel of record.

By: /s/   Andrew D. Bizer
     ANDREW D. BIZER