# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| JARVIS JERNIGAN, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:19-cv-2793-SHL |
| COOK OUT-UNION AVE., INC., | ) |
| Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed November 19, 2019,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with Prejudice (ECF No. 25) filed May 22, 2020, and pursuant to Federal Rule of Civil Procedure 41(a), all claims in this matter are hereby **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

May 26, 2020
Date